# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 11, 2015

## NO. 03-15-00709-CV

**Marcia E. Alvarez, Appellant**

**v.**

**Victor M. Alvarez, Appellee**

**APPEAL FROM THE 22ND DISTRICT COURT OF CALDWELL COUNTY
BEFORE JUSTICES PURYEAR, GOODWIN, AND BOURLAND
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the interlocutory order signed by the trial court on October 12, 2015. Having reviewed the record, the Court holds that Marcia E. Alvarez has not prosecuted her appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.